**Opinion issued August 1, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NOS. 01-24-00556-CR

———————————

### IN RE KEYLIN DAVEYON HOLLINS, RELATOR

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, an inmate in the Harris County Jail who is currently facing capital murder charges, has filed this pro se petition for writ of mandamus complaining that the trial court should dismiss the charges against him because "the evidence conclusively, and rationally (sic) inferences can establish reasonable doubt."[1]

---

[1] The underlying case is *The State of Texas v. Keylin Daveyon Hall*, cause number 1802366, pending in the 351st District Court of Harris County, Texas, the Honorable Natalia Cornelio, presiding.

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.

Do not publish. TEX. R. APP. P. 47.2(b).